MIP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 10 AM 10:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>Holly HALWEG | Magistrate's Case No.<br><br>'07 MJ 2855<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>21 U.S.C 952 and 960<br><br>Importation of a Controlled Substance |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about December 08, 2007 within the Southern District of California, defendant Holly HALWEG did knowingly and intentionally import approximately 88.10 kgs/193.82 lbs. of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Moises Martinez
Special Agent, Immigration and
Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence, this 10th day of December, 2007.

_____
United States Magistrate/Judge

Page 1

M/P

1 United States of America

2   VS.

3 Holly HALWEG

4

5                            **STATEMENT OF FACTS**

6       On December 08, 2007, at approximately 7:45 p.m., Holly HALWEG entered the United States from the Republic of Mexico via the Otay Mesa POE. HALWEG was the driver and sole occupant of a 2006 Honda Civic, bearing California license plate number I(love)CHOIR. At lane #8 of vehicle primary, Customs and Border Protection (CBP) Officer Serrano received two negative declarations from HALWEG. Officer Serrano proceeded with the primary inspection of the vehicle and noticed that HALWEG was giving odd answers and appeared nervous. Officer Serrano escorted HALWEG and her vehicle to the Vehicle Secondary Lot for further inspection.

       At the secondary inspection, CBP Canine Officer McCreary screened HALWEG'S vehicle along with his canine "Anthos". "Anthos" alerted pulled Canine Officer McCreary towards the gas tank of the vehicle and sat. CBP Officer Valete removed personal property in the trunk and discovered a black duffle bag containing packages wrapped in duck tape. Officer Valete removed a total of thirty-three (33) packages containing a leafy green substance were removed from throughout her vehicle. A presumptive field-test on a portion of the suspected substance reacted positive for the presence of marijuana. The marijuana weighed a total of 88.10 kgs/193.82 lbs.

       At approximately 11:50 p.m., in the presence of Immigration and Customs Enforcement Special Agent (S/A) Jason Dunham, S/A Moises Martinez advised HALWEG of her constitutional rights per Miranda. HALWEG stated that she understood her rights and wished to speak to the agents by signing the rights waiver form. HALWEG stated that she assumed she was probably smuggling marijuana and was to be paid $500 when she arrived in Los Angeles. HALWEG stated that she had smuggled approximately twelve times in the past and was paid $500 per trip. HALWEG was booked into MCC.